**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

APR **1 9** 2021

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21CR00053 ACL |
| | ) | |
| vs. | ) Case No. | |
| | ) | |
| JIMMIE KUNTZ, | ) 36 C.F.R. § 261.58 | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

### Count I

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Within the Special Maritime and Territorial jurisdiction of the United States, on or about March 27, 2021, in the County of Shannon, State of Missouri, within the Southeastern Division of the Eastern District of Missouri, in the Mark Twain National Forest,

**JIMMIE KUNTZ,**

the defendant herein, was hunting feral swine, in violation of Title 36, Code of Federal Regulations, Section 261.58.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

Keith D. Sorrell, #38283MO
Assistant United States Attorney

555 Independence, 3rd Floor
Cape Girardeau, Missouri 63703
Telephone:   (573) 334-3736
Facsimile: (573) 335-2393
E-mail: keith.d.sorrell@usdoj.gov

UNITED STATES OF AMERICA              )
EASTERN DISTRICT OF MISSOURI     ) ss.
SOUTHEASTERN DIVISION               )

      I, Keith D. Sorrell, Assistant United States Attorney for the Southeastern Division

of the Eastern District of Missouri, being duly sworn, do say that the foregoing

Information is true as I verily believe.

                                                        KEITH D. SORRELL #38283MO
                                                        Assistant United States Attorney

Subscribed and sworn to before me this ___19___ day of ___April___, 2021.

                                            GREGORY J. LINHARES, CLERK
                                            UNITED STATES DISTRICT COURT

By: _____
                    Deputy Clerk